IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

D&J HOLDINGS and MARK A. MANNING,

    Plaintiffs,

v.

AURORA LOAN SERVICES, LLC,

    Defendant.

No. C 11-01027 WHA

**NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS**

    Prior to reassignment of this matter to the undersigned judge, defendant filed a motion to dismiss and noticed a hearing for June 14. Pursuant to the reassignment order, that motion hearing was vacated, and if defendant wanted the motion to be submitted it had to refile the motion or renotice a hearing on the motion. Defendant did not do so.

    A case management conference is set for this Thursday, June 16. The joint case management statement filed in advance of the conference states that defendant's motion to dismiss "will be heard on June 14." Not so. As explained, there is no motion pending. The parties shall appear for the case management conference as previously ordered.

Dated: June 14, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE